AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
District of New Mexico

| United States of America | ) |
| v. | ) |
| Daniela Vanessa NORIEGA-Noriega | ) Case No. 25-3399 MJ |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 23, 2025__ in the county of __Doña Ana__ in the State and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1324(a)(1)(A)(v)(I) | engaged in a conspiracy to commit a violation of 8 USC 1324(a)(I)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:
On August 23, 2025, at approximately 8:30 a.m., Border Patrol Agents (BPA's), were conducting line watch duties in the area. While conducting line watch duties, BPA 1 observed a gray Hyundai Santa Fe driving south on Cattlemen Dr. from Bi-National Way, in Santa Teresa, NM, occupied by a sole female driver, later identified as Vanessa Daniela NORIEGA-Noriega. BPA 1 continued observing the vehicle, as it traveled down Cattlemen Dr. Approximately 2 minutes later, BPA 1 observed the red taillights of the gray SUV turn on, as she stopped at the end of Cattlemen Dr. just a

☑ Continued on the attached sheet.

_Complainant's signature_

Saul H. Mendez, BORDER PATROL AGENT
_Printed name and title_

Electronically submitted and telephonically sworn to before me:

Date: 08/25/2025

_Judge's signature_
JERRY H. RITTER
U.S. MAGISTRATE JUDGE
_Printed name and title_

City and state: Las Cruces, New Mexico

District Of New Mexico

U.S. v. Daniela Vanessa NORIEGA-Noriega

Criminal Complaints (Continued)

few yards north of the U.S./Mexico International Boundary. BPA 1 saw the red taillights turn off; the vehicle came to a complete stop and NORIEGA exited the vehicle and opened the doors to the gray SUV. Shortly after, BPA 1 observed a group of individuals running east from the border road and boarding the gray SUV. After the individuals boarded the gray SUV, NORIEGA-Noriega conducted a U-turn and began to drive north on Cattlemen Dr.

BPA 1 suspecting an alien smuggling scheme was unfolding, relayed the information over the radio, and turned on his vehicle's lights and sirens and along with BPA 3 conducted a vehicle stop on the gray SUV on Cattlemen Dr. The vehicle yielded to agents without incident. BPA 1 approached the vehicle and identified himself as a United States Border Patrol Agent to NORIEGA-Noriega. As BPA 1 questioned NORIEGA-Noriega as to her citizenship and nationality, he observed an adult female laying back on the front passenger seat with a small female child laying within her legs. BPA 1 observed multiple individuals in the second and third rows seats of the gray SUV, all laying back in the seats, all without seatbelts, as if they were trying to conceal themselves from sight. NORIEGA-Noriega stated she was a citizen and national of Mexico and was a US legal permanent resident. BPA 1 identified himself to the rest of the passengers, as a United States Border Patrol Agent and questioned the individuals as to their citizenship and nationality. All individuals admitted they were citizens and nationals of Mexico and Guatemala. All individuals admitted they were illegally present in the US without proper immigration documents, to allow them to be and remain in the US legally. Furthermore, all subjects admitted they had just illegally entered the US through a breach in the International Boundary Fence, just minutes before NORIEGA-Noriega picked them up.

All individuals (7 adults, 3 children) including NORIEGA-Noriega were placed under arrest and transported to the STN Border Patrol Station.

DRIVER PRINCIPAL POST MIRANDA (Vanessa Daniela NORIEGA-Noriega):

On August 23, 2025, NORIEGA-Noriega made the following post Miranda statement, to BPA'S regarding her involvement in the aforementioned alien smuggling scheme. NORIEGA-Noriega readily admitted that she knew that all nine subjects she picked up were illegally present in the United States and she stated that she was going to get monetarily compensated for each illegal alien that she picked up and for successfully transporting them further into the United States. NORIEGA-Noriega stated that she was to further their entry by taking them to an unknown location in El Paso, Texas. NORIEGA-Noriega stated she made the arrangements for this smuggling scheme with a subject only known by the moniker of "Sadman" and other individuals she only knew by phone.

DISPOSITION: Smuggling case was presented to NM AUSA Richard Williams and accepted prosecution on NORIEGA-Noriega for 8 USC 1324 Conspiracy to Enter, Transport and Harbor Illegal Aliens.

Signature of Judicial Officer

Signature of Complainant

Mendez, Saul H.
Filing Agent