**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                    **Case No. 25-mj-3399-KRS**

**DANIELA VANESSA NORIEGA-NORIEGA,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
## TO CONTINUE GRAND JURY PRESENTMENT

THIS MATTER is before the Court on Defendant Daniela Vanessa Noriega-Noriega's Unopposed Motion to Continue Grand Jury Presentment.  The Court finds that by her motion the Defendant has created a sufficient record to justify granting the motion to continue.  *See United States v. Toombs*, 574 F.3d 1262, 1271 (10th Cir. 2009).  The Court further finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by allowing this continuance outweigh the best interest of the public and the Defendant in a speedy trial, by allowing Defendant to pursue a beneficial resolution of her case which would not entail the necessity for a grand jury presentment.

Now, therefore, IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Grand Jury Presentment be granted, and that pursuant to 18 U.S.C. § 3161(h)(7)(A), an additional delay of forty-five (45) days shall be excluded for purposes of the Speedy Trial Act.

_____

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE

SUBMITTED BY:
Gia McGillivray
Assistant Federal Public Defender